UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| CHURCH OF PENTECOST,<br><br>　　Plaintiff,<br><br>v.<br><br>BROTHERHOOD MUTUAL<br>INSURANCE COMPANY,<br><br>　　Defendant. | No. 6:22-CV-024 |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal. Dkt. No. 11. The motion is granted. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorney's fees.

So ordered on September 16, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE